AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

LAMAR SHADEED WYNN,
*Plaintiff*
v.

JEFFERY A. UTTECHT, Superintendent of CRCC,
*Defendant*

Civil Action No. 2:19-CV-0192-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ___ recover from the defendant *(name)* ___ the amount of ___ dollars ($ ___ ), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ___ recover costs from the plaintiff *(name)* ___ .

☑ other: The Petition is DISMISSED.

This action was *(check one)*:

☐ tried by a jury with Judge ___ presiding, and the jury has rendered a verdict.

☐ tried by Judge ___ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice pursuant to Rule 4, Rules Governing Section 2254 Cases in the United States District Courts.

Date: July 25, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen